Entered on Docket
November 02, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 29, 2009

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge



DAVE M. McGRAW
(State Bar No. 86389)
PATRICK K. McCLELLAN
(State Bar No. 77352)
LAW OFFICES OF
DAVE M. McGRAW
A Professional Corporation
2890 North Main Street, Suite 307
Walnut Creek, California 94597
(925) 944-0206

Attorneys for Movant
WACHOVIA MORTGAGE, FSB
fka: World Savings Bank, FSB, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-12584 |
| | Chapter 7 |
| RONALD JAMES BARBIERI, | R.S. No. DMM-15409 |
| | |
| | ORDER TERMINATING |
| | AUTOMATIC STAY |
| | |
| | Date: October 22, 2009 |
| Debtor. | Time: 9:00 a.m. |
| | Judge: Alan Jaroslovsky |
| | Ctrm: The Courtroom |
| | Place: U.S. Bankruptcy Court |
| | 99 South E Street, Santa Rosa, CA |

The motion of WACHOVIA MORTGAGE, FSB ("Movant"), for relief from the automatic stay came on regularly for hearing on October 22, 2009, before the Honorable ALAN JAROSLOVSKY.

Movant appeared through counsel, DAVE M. McGRAW, of the LAW OFFICES OF DAVE M. McGRAW. Debtors appeared through counsel EVAN LIVINGSTONE of BECK LAW, P.C. The Trustee, TIMOTHY W. HOFFMAN, was duly served but failed to appear or file any responsive pleading.

The Court, having duly considered the papers and pleadings on file herein, the arguments of counsel, and being fully advised therein and finding good cause therefor;

IT IS ORDERED that as to the real property located in the County of Sonoma, commonly known as 802 Spencer Avenue, Santa Rosa, California, and particularly described as follows:

> Lot Number 1, in Block "I", as shown on the Map of the Merriam Addition, City of Santa Rosa, Sonoma County, California, filed in the Office of the County Recorder of Sonoma County, August 26, 1887 and recorded in Book 1 of Maps, at Page 28.
>
> Excepting therefrom the portion thereof conveyed by Henry McMenamin and wife to Thomas Franklin Near, by Deed dated November 6, 1926 in Book 150 of Official Records, Page 40, Series No. 63897.

the automatic stay provisions of 11 U.S.C. Section 362 be and hereby are terminated as to Movant only.

IT IS FURTHER ORDERED that Movant is no longer restrained from initiating, proceeding with, and completing its lien enforcement rights under the terms of Movant's Deed of Trust encumbering said real property.

IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) shall remain in effect.

*## END OF ORDER.##*