1  JOHN H KIM (State Bar No: 219975)
   jkim@cookseylaw.com
2  COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
   535 Anton Boulevard, Tenth Floor
3  Costa Mesa, California 92626-1977
   Telephone: (714) 431-1100
4  Facsimile: (714) 431-1145

5  Attorneys for Movant, CHRYSLER
   FINANCIAL SERVICES AMERICAS LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>RONALD JAMES BARBIERI,<br><br>                              Debtor(s).<br><br>CHRYSLER FINANCIAL SERVICES AMERICAS LLC, f/k/a DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC,<br><br>                              Movant.<br><br>vs.<br><br>RONALD JAMES BARBIERI and TIMOTHY W HOFFMAN, Trustee,<br><br>                              Respondents. | Case No. 09-12584 AJ<br><br>CHAPTER 7<br><br>RS No.: JHK-303<br><br>**DECLARATION OF CYNTHIA LATIMER IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><u>Hearing Date and Time:</u><br><br>Date: NOVEMBER 25, 2009<br>Time: 9:00 AM<br>Dept: |

I, CYNTHIA LATIMER, declare:

1. I am the Bankruptcy Liaison for Movant, and I am authorized to make the following declaration.

2. I am one of the custodians of the books, records and files of Movant as to those books, records, and files that pertain to loans, leases and extensions of credit given to Debtor(s) concerning the Vehicle herein. I have personally worked on Movant's books, records and files in connection with Debtor(s)' account, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant which are maintained in the ordinary course of

knowledge of them from the business records of Movant which are maintained in the ordinary course of Movant's business and created at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to accurately record such. I am personally responsible for handling of all collection activity in connection with the account of Debtor(s) and I have reviewed all of Movant's books and records in connection with this matter. I have personal knowledge of the facts contained herein and if called upon to testify, I could and would competently testify thereto.

3. Attached to Exhibits A-D as Exhibit "A" is a true and correct copy of Retail Installment Sale Contract between Debtor(s) and Movant for the purchase of a 2004 CHRYSLER SEBRING, Vin 1C3EL55R04N112585 ("the Vehicle").

4. Movant is, and has been since the date of this transaction, the legal owner and lienholder of record of the Vehicle subject of this Motion. Attached as Exhibit "B" to Exhibits A-D is a true and correct copy of the summary of the electronic "paperless" title information maintained in the database of the California Department of Motor Vehicles evidencing Movant's perfected interest in the Vehicle.

5. As of the date of this Declaration, the Debtor(s) was indebted to Movant under the terms of the Contract in the sum of $8,956.60.

6. The fair market value of the Vehicle is $5,900.00, according to the *Kelley Blue Book* used car guide website. A true and correct copy of the *Kelley Blue Book* web page is attached to Exhibits A-D as Exhibit "C".

7. The Contract is in default for the August 25, 2009, through October 25, 2009 payments, each in the amount of $403.67. Late charges in the amount of $334.94 have been assessed to Debtor's account. A true and correct copy of Debtor's account history with Movant is attached to Exhibits A-D as Exhibit "D".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on October 29, 2009, at Farmington Hills, MI.

_____
CYNTHIA LATIMER