1    JOHN H KIM (State Bar No: 219975)
jkim@cookseylaw.com
2    COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
3    Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
4    Facsimile: (714) 431-1145

5    Attorneys for Movant, CHRYSLER
FINANCIAL SERVICES AMERICAS LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-12584 AJ |
| RONALD JAMES BARBIERI, | CHAPTER 7 |
| Debtor(s). | RS No.: JHK-303 |
| | **EXHIBITS A-D** |
| CHRYSLER FINANCIAL SERVICES AMERICAS LLC, f/k/a DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC, | Hearing Date and Time: |
| **Movant.** | Date: NOVEMBER 25, 2009<br>Time: 9:00 AM<br>Dept: |
| vs. | |
| RONALD JAMES BARBIERI and TIMOTHY W HOFFMAN, Trustee, | |
| **Respondents.** | |

|  |  |  |
|---|---|---|
| Exhibit "A" | -- | Retail Sales Contract |
| Exhibit "B" | -- | Certificate of Title |
| Exhibit "C" | -- | *Kelley Blue Book* used car guide website page |
| Exhibit "D" | -- | Debtor's account history with Movant. |

# RETAIL INSTALLMENT SALE CONTRACT — SIMPLE INTEREST FINANCE CHARGE

| DEAL 525887 | | | | |
|---|---|---|---|---|
| Dealer Number 68966 | Contract Number | P.O.S. Number H0566636 | | Stock Number PR480 |

**Buyer (and Co-Buyer) Name and Address (including County and Zip Code)**
RON J BARBIERI
100 E STREET STE 205
SANTA ROSA CA 96404

**Creditor - Seller (Name and Address)**
SANTA ROSA CHRYSLER JEEP, INC.
955 SANTA ROSA AVE
SANTA ROSA, CA 95404

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2004 | CHRYSLER SEBRING CONV | 18624 | 1C3EL55R04N112686 | ☒ personal, family or household ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your down payment of $0.00 |
| 8.99 % | $6663.36 (e) | $22400.88 | $29064.24 | $29064.24 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 71 Payments | 403.67 | Monthly Beginning 11/01/2004 |
| One Final Payment | 403.67 | 10/01/2010 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all of your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

## ITEMIZATION OF THE AMOUNT FINANCED

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories ............ $18900.00 (A)
      1. Cash Price Vehicle ......... $18900.00
      2. Cash Price Accessories ..... $ N/A
      3. Other (Nontaxable)
         Describe ................. $ N/A
         Describe ................. $ N/A
   B. Document Preparation Fee (not a governmental fee) ..... $ 45.00 (B)
   C. Smog Fee Paid to Seller ............................... $ 50.00 (C)
   D. Sales Tax (on taxable items in A+B+C) ................. $ 1424.63 (D)
   E. Optional DMV Electronic Filing Fee* ................... $ N/A (E)
   F. (Optional) Service Contract ........................... $ 1285.00 (F)
   G. (Optional) Service Contract* .......................... $ N/A (G)
   H. Prior Credit or Lease Balance paid by Seller to
      _____ .............. $ N/A (H)
      (see downpayment and trade-in calculation)
   I. (Optional) Gap Contract (to whom paid) MoGAP .......... $ 495.00 (I)
   J. Other (to whom paid) .................................. $ N/A (J)
      For _____
   Total Cash Price (A through J) ........................... $22199.63 (1)

2. Amounts Paid to Public Officials
   A. License Fees .......................................... $ 188.00 (A)
   B. Registration/Transfer/Titling Fees .................... $ -INCL- (B)
   C. California Tire Fee* .................................. $ 6.00 (C)
   D. Other ................................................. $ N/A (D)
   E. Other ................................................. $ N/A (E)
   Total Official Fees (A through E) ........................ $ 193.00 (2)

3. Amount Paid to Insurance Companies
   (Total premiums from Statement of Insurance column a + b) ...... $ N/A (3)
4. Smog Certification Fee Paid to State ......................... $ 8.25 (4)
5. Subtotal (1 through 4) .................................. $22400.88 (5)
6. Total Downpayment
   A. Agreed Trade-in Value Yr N/A Make N/A ........ $ N/A (A)
      Model N/A Odom _____
      VIN _____
   B. Less Prior Credit or Lease Balance .................... $ N/A (B)
   C. Net Trade-In (A less B) (indicate if a negative number) ... $ N/A (C)
   D. Deferred Downpayment .................................. $ N/A (D)
   E. Manufacturer's Rebate ................................. $ N/A (E)
   F. Other ................................................. $ N/A (F)
   G. Cash .................................................. $ N/A (G)
   Total Downpayment (C through G) .......................... $ 0.00 (6)
   (if negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1H above)
7. Amount Financed (5 less 6) .............................. $22400.88 (7)

*Seller may keep part of these amounts.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | N/A Mo. | $ N/A |
| $ N/A Ded. Collision | N/A Mo. | $ N/A |
| Bodily Injury $ N/A Limits N/A Mo. | | $ N/A |
| Property Damage $ N/A Limits N/A Mo. | | $ N/A |
| Medical N/A | N/A Mo. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____ N/A
Co-Buyer X _____ N/A
Seller SANTA ROSA CHRYSLER JEEP

**Application for Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life N/A | Mo N/A | | N/A |
| Credit Disability N/A | Mo N/A | | N/A |
| Total Credit Insurance Premiums | | | $ N/A |

Insurance Company Name: N/A
Home Office Address: _____

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

You want to buy the credit insurance.

10/02/04 Buyer Signature X _____
Date Co-Buyer Signature X N/A Age

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 1.I. See your gap contract for details on the protection it provides. It is a part of this contract.

Term 72 Mo. GAP Name of Gap Contract

You want to buy a gap contract.
Buyer X _____

OPTIONAL SERVICE CONTRACT. You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in Item 1.F and/or 1.G above.

1.F Company UNIVERSAL
Term 84 Mos. 90000 Miles
1.G Company N/A
Term N/A Mos. N/A Miles
Buyer X _____

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Initials X _____  Co-Buyer Initials X _____

### SELLER ASSISTED LOAN

BEFORE YOU BE REQUIRED TO OBTAIN LOAN SECURITY FOR THE LOAN, WE WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THE RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From N/A
Amount $ N/A Finance Charge $ N/A
Total $ N/A Payable in N/A
Installments of $ N/A $ N/A
Icon this Loan is shown in Item 5D.

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: _____

### NOTICE OF RESCISSION RIGHTS

If Buyer and Co-Buyer sign here, the provisions of the Rescission Rights section on the back giving the Seller the right to rescind if Seller is unable to assign this contract to a financial institution will apply.

Buyer X _____ Co-Buyer X _____

**The Annual Percentage Rate May be Negotiable With the Dealer.**

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before _____ Year _____ SELLER'S INITIALS _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED BY LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

WARNING: YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL INSURANCE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD. FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT. THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT THEY UNDERSTAND THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

Buyer X _____ Co-Buyer X _____

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-In Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown in item 6.B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in Item 6.B as "Prior Credit or Lease Balance," Seller will refund the difference to you.

Buyer X _____ Co-Buyer X _____

**Notice to Buyer:**
(1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____ Co-Buyer Signature X _____

### THERE IS NO COOLING OFF PERIOD

California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or by legal cause, such as fraud.

YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT BEFORE SIGNING BELOW. YOU ACKNOWLEDGE RECEIPT OF A TRUE AND COMPLETELY FILLED IN COPY OF THIS CONTRACT AND EVERY OTHER DOCUMENT THAT YOU SIGNED DURING CONTRACT NEGOTIATIONS.

Buyer Signature X _____ 10/02/2004 Co-Buyer Signature X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The co-buyer or other owner knows that the Creditor has a security interest in the vehicle and consents to the security interest.

Other Owner Signature X _____ Address _____

### GUARANTY

To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to remain liable even if the Buyer is given an extension of one or more payments; (3) the Buyer is given a full or partial release as to any Guarantor; (4) release any security; (5) account for less than the Buyer has paid; (6) otherwise reach a settlement relating to this contract; or (7) extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notice of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____ Date _____ Guarantor X _____ Date _____

Seller Signature SANTA ROSA CHRYSLER JEEP 10/02/2004 By _____ Title MGR

LAW FORM NO. 553-CA

ORIGINAL LIENHOLDER

Case: 09-12584   Doc# 21-2   Filed: 11/03/09   Entered: 11/03/09 10:41:03   Page 2 of 6

EXHIBIT A
PAGE 1 OF 2

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Creditor - Seller may receive part of the Finance Charge.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

### 2. YOUR OTHER PROMISES TO US

a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**GAP LIABILITY NOTICE**
In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional gap contract (debt cancellation contract) for coverage of the gap amount may be offered for an additional charge.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance or service or gap contracts we finance for you; and
- All proceeds from insurance or service or gap contracts or other incidental contracts we finance for you. This includes any refunds of premiums.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle.

d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge at the Annual Percentage Rate shown on the front of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance or service or gap contract charges.** If we obtain a refund of insurance or service or gap contracts or other incidental contracts, we will reduce what you owe by the amount of the refund.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
- You do not pay any payment on time;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- The vehicle is lost, damaged or destroyed.
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

---

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on the face of this contract, not to exceed the highest rate permitted by law, until you pay.

g. **What we may do about optional insurance or service or gap contracts.** This contract may contain charges for optional insurance or service or gap contracts or other incidental optional products or services charges. If we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle.

### 4. WARRANTIES SELLER DISCLAIMS
If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

### 5. Used Car Buyers Guide.
The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### 6. Applicable Law
Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

### 7. Warranties of Buyer.
You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

### CREDIT DISABILITY INSURANCE NOTICE
### CLAIM PROCEDURE

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

### Rescission Rights

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may rescind (cancel) the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to rescind. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

EXHIBIT A
PAGE 2 OF 2
Case: 09-12584  Doc# 21-2  Filed: 11/03/09  Entered: 11/03/09 10:41:03  Page 3 of 6

E-title 1

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN | 1C3EL55R04N112585 | | | Financed | 10/02/2004 Tech | **FDI** |
| Status | **Perfected Title** | | | DMV Work | 04/15/2005 | |
| Lienholder Status | | | | Imported | 04/20/2005 | |
| | | | | Added | 10/11/2004 | |
| Borrower | BARBIERI, RON J<br>3307 SARATOGA DR<br>SAN MATEO, CA  94403 | | | Perfected | 04/20/2005 | |
| | | | | Payoff | / / | Tech |
| | | | | Released | / / | |
| Borrower Home Phone | (707) 546-5442 | | | Release Type | | |
| | | | | Exported | / / | |
| Borrower Work Phone | (707) 328-1241 | | | DMV Response | / / | Code |
| Branch | 289 | Acct # | 1⁰⁻⁻⁻ | DMV Deleted | / / | |
| Loan # | | Suffix | | | | |
| Owner | BARBIERI RON J | | | Expires | 10/01/2010 | |
| Lienholder | DAIMLERCHRYSLER SVCS NA LLC | | | | Lien | Title |
| Dealer ID | 68966 | | | Year | 2004 | 2004 |
| License | 5MTF708 | Title # | | Make | CHRYSLER | CHRY |
| Body | CV | Vehicle Type | VEH | Model | | |
| Registration Expiration | 051008 | | | FDI Assigned User | | FDI Action Date / / |
| User Defined Field | CONV | User Defined Field | | Lienholder Assigned User | | Lienholder Action Date / / |
| Account Type | **Financed (Loan)** | Loan Type | **Vehicle** | Misc. | | |
| Contract with Release | None | | | State | CA | **Electronic** |



# Kelley Blue Book
## THE TRUSTED RESOURCE

| Home | New Cars | Used Cars | Research & Explore | News & Reviews | Dealers & Inventory | Classifieds | Loans |

Used Car Values | Search Used Car Listings | Certified Pre-Owned | Compare Vehicles | Perfect Car Finder | Most Researched Vehicles | CARFA

Welcome Back | Sign In | Create Account | My KBB     ZIP Code: 92626          Recently Viewed     You Might Also Li

Who offers a Certified Used Bumper-to-Bumper warranty that's four times better?   ☐ GM   ☐ CHRYSLER   ☐ TOYOTA   ☐ FORD

Home > Used Cars > 2004 > Chrysler > Sebring > Coupe 2D          💾 Save Vehicle    Print

## 2004 Chrysler Sebring Coupe 2D

- Trade-In Value
- Private Party Value
- **Suggested Retail Value**
- Photo Gallery
- Compare Vehicles NEW!
- Blue Book Review
- Consumer Ratings
- Find Your Next Car
- Specifications

### BLUE BOOK® SUGGESTED RETAIL VALUE


More Photos

| Condition (WHAT'S THIS?) | Value |
|---|---|
| Excellent | $5,900 |

Suggested Retail Value Assumes Excellent Condition... More

**NEXT STEP:** SEARCH LOCAL LISTINGS

Free CARFAX Record Check          Powered by CARFAX
VIN: [          ]
No VIN? No Problem!

Average Consumer Rating (476 Reviews)          Read Reviews

### 🚗 Shopping Tools

- Free CARFAX Record Check
- Auto Loan from 5.49% APR
- Get a Free Insurance Quote
- Payment Calculator
- Extended Warranty Quote

### BUY A USED CAR
**On Blue Book Classifieds™**

[Chrysler ▼]
[Sebring ▼]
[50 Miles ▼]
ZIP Code [92626]

**To View Ads, Click**

FIND THE RIGHT CAR

### 📋 Estimated Payments
**$ 114 /mo @ 5.49% APR**
*Click for Details*

- Get a Pre-Owned Loan from 5.49% APR
- Get Your Credit Score Now
- Get a Free Insurance Quote

— advertisement —

EXHIBIT C
PAGE 1 OF 1

```
CTL2 001 CTL3 000 CTL4 0000 ACCT            0948
START DATE 02/05/09

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC
```

| OPT | EFF DATE | TRAN DESCRIPTION | TRAN AMOUNT | POST BALANCE |
|---|---|---|---:|---:|
|  | 02/05/09 | 7011 FEE ASSESSMENT | 20.18 | 10,779.28 |
|  | 03/09/09 | 7011 FEE ASSESSMENT | 20.18 | 10,779.28 |
|  | 03/12/09 | 7080 WUPP0800 PAYMNT | 405.00 | 10,522.96 |
|  | 03/25/09 | 7080 WUPP0802 PAYMNT | 405.00 | 10,154.31 |
|  | 04/06/09 | 7011 FEE ASSESSMENT | 20.18 | 10,154.31 |
|  | 04/23/09 | 7080 WUPP0800 PAYMNT | 405.00 | 9,823.17 |
|  | 05/06/09 | 7011 FEE ASSESSMENT | 20.18 | 9,823.17 |
|  | 05/20/09 | 7080 WUPP0802 PAYMNT | 405.00 | 9,484.83 |
|  | 06/05/09 | 7011 FEE ASSESSMENT | 20.18 | 9,484.83 |
|  | 06/18/09 | 7080 WUPP0801 PAYMNT | 405.00 | 9,148.91 |
|  | 07/06/09 | 7011 FEE ASSESSMENT | 20.18 | 9,148.91 |
|  | 07/16/09 | 7080 WUPP0801 PAYMNT | 405.00 | 8,808.33 |
|  | 08/05/09 | 7011 FEE ASSESSMENT | 20.18 | 8,808.33 |
|  | 08/12/09 | 7080 WUPP0803 PAYMNT | 405.00 | 8,463.24 |

```
PF2-NEXT PAGE    PF3-PREV PAGE    PF6-SELECT    PF8-AMCS CASS RTN
```

EXHIBIT D
PAGE 1 OF 1