1  STEVEN W. PITE (CA SBN 157537)
   DAVID E. McALLISTER (CA SBN 185831)
2  JOHN B. ACIERNO III (CA SBN 257176)
   PITE DUNCAN, LLP
3  4375 Jutland Drive Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858)750-7600
5  Facsimile: (619) 590-1385

6  Attorneys for AURORA LOAN SERVICES, LLC

7

8

9
                    UNITED STATES BANKRUPTCY COURT
10
           NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION
11

12  | In re | Case No. 09-12584 |
    | RONALD JAMES BARBIERI, | Chapter 7 |
13  | | R.S. No. JBA-955 |
14  | Debtor(s). | NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY |
15  | | (11 U.S.C. § 362 and Bankruptcy Rule 4001) |
16  | | |
17  | | DATE: December 10, 2009 |
    | | TIME: 9:00AM |
18  | | |
    | | 99 South "E" Street |
19  | | Santa Rosa, CA 95404-6524 |

20

21  TO THE DEBTOR, DEBTOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

22      NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom,

23  Movant in the above-captioned matter will move this court for an Order Granting Relief From

24  Automatic Stay on the grounds set forth in the Motion for Relief From Automatic Stay and

25  Declaration in Support of Motion for Relief From Automatic Stay filed concurrently herewith.

26  /./././

27  /././/

28  /././/

- 1 -

| | |
|---|---|
| 1 | PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered. |

Dated: November 12, 2009           PITE DUNCAN, LLP

/s/ JOHN B. ACIERNO III (CA SBN 257176)
Attorneys for AURORA LOAN SERVICES, LLC